UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONALDO NOEL, WILMER BARRIOS
CIFUENTES, and JAIRO MAZARIEGOS
CIFUENTES on behalf of themselves and all
others similarly situated,

       Plaintiffs,

 -against-

480 ROCKAWAY OPERATING CORP. d/b/a
GIANT BAGEL and MATI TSADOK,

       Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

21-CV-7147 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

 On April 24, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiffs Ronaldo Noel, Wilmer Barrios Cifuentes, and Jairo Mazariegos Cifuentes and Defendants 480 Rockaway Operating Corp. d/b/a Giant Bagel and Mati Tsadok submitted a motion seeking approval of a fully executed Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [22]. On May 1, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [26].

 Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See*

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Electronic Order dated May 1, 2023.

1

*Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:  Central Islip, New York  **SO ORDERED.**
        May 3, 2023

        /s/ Steven I. Locke
        STEVEN I. LOCKE
        United States Magistrate Judge